UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KI CHUL SEONG, an individual, and OPEC ENGINEERING CO., LTD., a Korean Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PAPS USA, LLC, an Illinois Limited Liability Company; PUNGKUK EDM WIRE MANUFACTURING CO., a Korean Corporation; MACT CO., LTD, a Korean Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Civil Action No. 15 CV 2234**<br><br>Honorable Judge Manish Shah<br><br>Magistrate Daniel Martin |

**UNOPPOSED MOTION BY DEFENDANT PAPS USA, LLC
TO STAY THE CASE PENDING LITIGATION OF THE PATENTS-IN-SUIT
AGAINST DEFENDANT PUNGKUK EDM WIRE MANUFACTURING CO.**

Pursuant to the inherent power of the court and Rule 21 of the Federal Rules of Civil Procedure, Defendant and Counterclaimant PAPS USA, LLC, ("PAPS USA") by and through its undersigned counsel, hereby respectfully moves to stay the case against PAPS USA pending the outcome of the litigation of the patents-in-suit against Pungkuk EDM Wire Manufacturing Co. ("Pungkuk").

This Motion is brought on the following grounds:

1. PAPS USA has been sued on the grounds that it allegedly imported and sold allegedly infringing products from Pungkuk. Therefore, it is a peripheral defendant, or the

1

"customer suit exception" applies, and the alleged claims asserted against PAPS USA should be stayed.

2. PAPS USA submits herewith a Memorandum of Law in Support of this Motion, which is incorporated herein by reference.

3. James Y. Kim and Kalai L. Wineland, counsel for Defendants, met and conferred with John K. Park and Mark L. Sutton, counsel for Plaintiffs, by telephone on November 28, 2017, and by email on November 29, 2017. Counsel for Plaintiffs agreed not to oppose this Motion.

WHEREFORE, PAPS USA respectfully requests that the Court enter an order staying the case against PAPS USA pending disposition of the litigation of the patents-in-suit against Pungkuk.

Respectfully submitted, this 12th day of January, 2018.

By: /s/ *Eric Y. Choi*
Eric Y. Choi (06292553)
NEAL, GERBER & EISENBERG LLP
2 N. LaSalle Street, Suite 1700
Chicago, Illinois 60602
(312) 269-8000
echoi@ngelaw.com

James Y. Kim (6309428)
Kalai L. Wineland (Wa, State Bar No 30259)
AGORA Law, LLC
2020 Maltby Rd Ste 7 PMB163
Bothell, WA 98021
Phone: 425-420-2333
Fax: 425-420-2323
jyk@agoralaws.com
klw@ agoralaws.com

*Attorneys for Defendants and Counterclaimants*

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that, on this 12th day of January, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

By: /s/ *Eric Y. Choi*

Eric Y. Choi (06292553)
NEAL, GERBER & EISENBERG LLP
2 N. LaSalle Street, Suite 1700
Chicago, Illinois 60602
(312) 269-8000
echoi@ngelaw.com