UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KI CHUL SEONG, an individual, and OPEC ENGINEERING CO., LTD., a Korean Corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 15 CV 2234 |
| PAPS USA, LLC., an Illinois Limited Liability Company; PUNGKUK EDM WIRE MANUFACTURING CO., a Korean Corporation; MACT CO., LTD, a Korean Corporation; and DOES 1 through 10, inclusive, | ) ) ) ) ) ) ) ) ) | Honorable Judge Manish Shah Magistrate Daniel Martin |
| Defendants. | | |

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs KI CHUL SEONG and OPEC ENGINEERING CO., LTD. ("Plaintiffs") hereby move this Court for Leave to File Under Seal.

Plaintiffs filed a MOTION TO: (1) COMPEL PRODUCTION OF INFRINGING SALES DOCUMENTS AND EDM WIRE PRODUCTS; (2) EXTEND THE DISCOVERY PERIOD AND OTHER REMAINING DUE DATES IN THIS CASE; AND (3) AWARD SANCTIONS AGAINST DEFENDANT with exhibits [Dkt. 106].

Plaintiffs' motion contains sensitive, confidential and proprietary information regarding not only the parties involved but other uninvolved parties. Disclosure of such information to the public would be prejudicial to the parties as well as other uninvolved parties.

Plaintiffs' attorneys have consulted with Defendant's counsels and they do not object. In fact, they agree that Plaintiff's motion and exhibits [Dkt. 106] should be filed under seal.

WHEREFORE, Plaintiffs respectfully request for an Order allowing them to file their Motion to Compel and all exhibits [Dkt. 106] under seal and for any other relief this Court deems appropriate under the circumstances.

Respectfully submitted, this 29th day of August 2018.

By: /s/ Samuel S. Bae
Samuel S. Bae (ARDC 6257863)
Law Office of Samuel S. Bae
2720 South River Road, Suite 246
Des Plaines, Illinois 60018
(847) 813-6992
ssb@baelegal.com

John K. Park (Calif. State Bar No. 175212)
Mark L. Sutton (Calif. State Bar No. 120255)
Michael J. Park (Calif. State Bar No. 315021)
Park Law Firm
3255 Wilshire Blvd., Suite 1110
Los Angeles, CA 90010
Tel: 213-389-3777
park@parklaw.com
mlsutton@parklaw.com
mjpark@parklaw.com

*Attorneys for Plaintiffs and Counterclaim-Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on this 29th day of August 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

By: /s/        Samuel S. Bae

Samuel S. Bae (ARDC 6257863)
Law Office of Samuel S. Bae
2720 South River Road, Suite 246
Des Plaines, Illinois 60018
(847) 813-6992
ssb@baelegal.com